UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION,<br><br>      Plaintiff,<br><br>and<br><br>AREEJ SAIFAN,<br><br>      Intervenor Plaintiff,<br><br>v.<br><br>CHIPOTLE SERVICES, LLC,<br><br>      Defendant. | Case No. 23-2439-KHV-BGS |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Plaintiff EEOC withdraws its Motion for Partial Judgment on the Pleadings (Doc. 19) and accompanying Memorandum in Support (Doc. 20).

Respectfully submitted,

/s/ *Lauren M. Wilson*
Lauren M. Wilson
Trial Attorney, FL Bar #1024850
Kansas City Area Office
400 State Ave., Ste. 905
Kansas City, KS 66101
(913) 359-1813
Fax No.: (913) 551-6957
lauren.wilson@eeoc.gov

Josh Stockton
Trial Attorney, OK Bar #21833
Oklahoma City Area Office
215 Dean A. McGee, Suite 524
Oklahoma City, OK 73102

1

(405) 666-0387
joshua.stockton@eeoc.gov

*Attorneys for Plaintiff EEOC*

## CERTIFICATE OF SERVICE

       Plaintiff Equal Employment Opportunity Commission, by and through its undersigned counsel, hereby certifies that on the 16th day of January 2024, the above and foregoing PLAINTIFF EEOC'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS was filed via the CM/ECF system, which will send a copy to:

Betsy Bulat (GA Bar# 558428)
Feifan Drouyor (GA Bar #184568)
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
Phone: 404-909-8100
Fax: 404-909-8120
bbulat@martensonlaw.com
fdrouyor@martensonlaw.com

Joshua J. Sipp (KS Bar #30158)
SANDBERG PHOENIX & von GONTARD P.C.
4600 Madison Avenue, Suite 1000
Kansas City, Missouri 64112
Phone: 816-627-5332
Fax: 816-627-5532
jsipp@sandbergphoenix.com

Narcisa Przulj (KS Bar #78179)
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue – 15th Floor
St. Louis, Missouri 63101
Phone: 314-231-3332
Fax: 314-241-7604
nprzulj@sandbergphoenix.com

                                                                    /s/ *Lauren M. Wilson*