**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>and<br><br>AREEJ SAIFAN,<br><br>　　　　Plaintiff Intervenor,<br><br>v.<br><br>CHIPOTLE SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-02439-KHV-BGS |

### MOTION TO SEAL OR REDACT DEFENDANT'S NOTICE OF INTENT TO SUBPOENA HELPERS, INC., COSTCO WHOLESALE, AND BUTTERFIELD'S BAKERY & MARKET [ECF #40, 41, 42]

COMES NOW Chipotle Services, LLC, ("Defendant") by and through undersigned counsel, and hereby files this Motion to Seal or Redact. In support of this Motion, Defendant states as follows:

1. Defendant filed separate Notices of Intent to Subpoena for Helpers, Inc., Costco Wholesale, and Butterfield's Bakery & Market on February 8, 2024.

2. Defendant's attached Exhibit A to each Subpoena inadvertently contained personally identifying information (DOB).

24933955.v1

3.      Accordingly, Defendant respectfully requests that this Court authorize and direct the Clerk's Office to take such steps as necessary to seal or redact each Notice of Intent to Subpoena.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this Motion to Seal or Redact, enter an order directing the Notices of Intent to Subpoena for Helpers, Inc., Costco Wholesale, and Butterfield's Bakery & Market to be sealed or redacted by the Clerk's Office, and for such other and further relief as is just and equitable.

Respectfully submitted on this, the 9th day of February, 2024.

*/s/ Joshua J. Sipp*
Josh J. Sipp, #30158
Sandberg, Phoenix & von Gontard
4600 Madison Ave., Suite 1000
Kansas City, MO 64112
(816) 425-9710
jsipp@sandbergphoenix.com

-and-

Betsy Bulat (*pro hac vice*)
Georgia Bar No. 558428
Feifan Drouyor (*pro hac vice*)
Georgia Bar No. 184568
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA  30319
T: (404) 909-8100
F: (404) 909-8120
bbulat@martensonlaw.com
fdrouyor@martensonlaw.com

Attorneys for Defendant

24933955.v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, a true and correct copy of the foregoing document entitled **MOTION TO SEAL OR REDACT DEFENDANT'S NOTICE OF SUBPOENA TO HELPERS, INC., COSTCO WHOLESALE, AND BUTTERFIELD'S BAKERY & MARKET [ECF #40, 41, 42]** was filed via the CM/ECF system, which will send a copy to:

Lauren M. Wilson, Esq.
U.S. Equal Employment Opportunity Commission
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 359-1813
lauren.wilson@eeoc.gov

Joshua C. Stockton
U.S. Equal Employment Opportunity Commission
215 Dean A. McGee, Suite 524
Oklahoma City, OK 73102
joshua.stockton@eeoc.gov

Joshua M. Pierson
KS Bar#29095
Supervisory Trial Attorney
U.S. Equal Employment Opportunity Commission
Kansas City Area Office
400 State Avenue, Suite 905
Kansas City, KS 66101
joshua.pierson@eeoc.gov

Amy L. Coopman
Bridge Mediation, LLC
Po Box 3523
Shawnee, KS 66203
Amy@bridgemediationkc.com

*/s/ Joshua J. Sipp*
Josh J. Sipp

24933955.v1